**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                             :

**UNITED STATES OF AMERICA**       :

     v.                                     :         **11-CR-986 (GBD)**

**BORIS LISYANSKY**             :         **<u>NOTICE OF MOTION</u>**
                                                                 **<u>IN LIMINE</u>**
                                                             :

          **Defendant.**              :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, BORIS LISYANSKY, the defendant in the above captioned case, through his attorneys, Melinda Sarafa, Esquire and Beth M. Farber, Esquire file this Notice of Motion In Limine and accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable George B. Daniels, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order granting the following relief:

      1.  That the evidence outlined in the accompanying Memorandum of Law be excluded from evidence at the trial of Boris Lisyansky which is presently scheduled to take place on April 22, 2013 before this Honorable Court.

      2. Granting such additional relief as this Court may deem just and proper. Counsel requests oral argument on these motions.

Dated:  April 5, 2013

    New York, NY

                                        Respectfully submitted,

                                        s/Beth M. Farber
                                        BETH M. FARBER
                                        Harris & O'Brien
                                        111 Broadway, Suite 1502
                                        New York, NY 10006
                                        Tel: 212-785-4275
                                        Fax: 212-206-6206
                                        Farber@harrisobrien.com

                                        *Counsel for Boris Lisyansky*