**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
**UNITED STATES OF AMERICA**            :
                                        :
         **- v. -**                     :
                                        :   **S2 11 Cr. 986 (GBD)**
**BORIS LISYANSKY,**                    :
                                        :
                **Defendants.**         :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# GOVERNMENT'S SUPPLEMENTAL REQUESTS TO CHARGE


PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States
of America

Alexander Wilson
Harris Fischman
Assistant United States Attorneys

- Of Counsel -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - v. - | S2 11 Cr. 986 (GBD) |
| BORIS LISYANSKY, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## GOVERNMENT'S SUPPLEMENTAL REQUESTS TO CHARGE

Pursuant to Rule 30 of the Federal Rules of Criminal Procedure, the Government respectfully requests the Court to include the following in its charge to the jury in the trial of defendant Boris Lisyansky.

2

## SUPPLEMENTAL GOVERNMENT REQUEST NO. 1

### Charging Decisions of the State

*(If necessary, depending on closing arguments)*

You have heard testimony during the trial that a witness who is alleged to have participated in the shooting at issue in this case was charged with certain state offenses. I instruct you that a charging decision made by a state prosecutor's office is of no relevance to any of the issues in the case and does not make it more or less likely that the defendant is guilty or not guilty of the crimes charged in this case.

## SUPPLEMENTAL GOVERNMENT REQUEST NO. 2

### References to Prior Testimony in This Case

You have heard reference from one or more of the lawyers to prior testimony given by a witness in this case. I advise you that the lawyers were referring to prior testimony given by a witness in the prosecution of Jayson Vasquez-Soto, not Boris Lisyansky, the defendant.

Dated:  New York, New York
        April 28, 2013

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney for the
                                       Southern District of New York

                    By:         _____/s/_____
                                       Alexander Wilson
                                       Harris Fischman
                                       Assistant United States Attorneys
                                       (212) 637-2453/2305