UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

             Plaintiff-Respondent,

-against-

BORIS LISYANSKY,

             Defendant-Petitioner.

------------------------------------- x

ORDER

11 Cr. 986 (GBD)

GEORGE B. DANIELS, United States District Judge:

      On January 11, 2023, this Court received, by mail, Petitioner's *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (c)(1)(A).

      The Government is ordered to respond to Petitioner's *pro se* motion for reduction of sentence by March 17, 2023.

Dated: New York, New York
       January 12, 2023

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge