**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

     :

     :

     -against-      :

     :      ORDER

     :

BORIS LISYANSKY,      :      11 Cr. 986 (GBD)

     :

     Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

It is hereby ordered that Defendant Boris Lisyansky's sentence is reduced from 240 months' imprisonment to 180 months' imprisonment.

Dated: December 1, 2025
       New York, New York

                                   SO ORDERED.

                                   *George B. Daniels*

                                   GEORGE B. DANIELS
                                   United States District Judge

1